___ FILED       ___ ENTERED
___ LODGED  ___ RECEIVED

NOV 26 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DANNA D. BRITT | No. 07-137 JLR |
|---|---|
| Plaintiff, | STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| FRANCISCAN HEALTH SYSTEM, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Danna D. Britt and defendant Franciscan Health System ("FHS") hereby stipulate through their respective counsel of record to dismissal of the pending litigation with prejudice and without an award of attorneys' fees or costs to any party.

///
///
///
///

07-CV-00137-ORD

STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE- 1
Case No. C06-5291RBL

Seattle-3394269.1 0074117-00008

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

1  STOEL RIVES LLP

2

   /s/ Keelin A. Curran
3  Keelin A. Curran, WSBA No. 16258
   Attorneys for Defendant
4

5

6
   LAW OFFICES OF
7  JUDITH A. LONNQUIST, P.S.

8
   /s/ Mitchell A. Riese
9  Mitchell A. Riese, WSBA No. 11947
   Attorneys for Plaintiff
10

11
                    **ORDER OF DISMISSAL WITH PREJUDICE**
12

13      Pursuant to the parties stipulation and Federal Rule of Civil Procedure 41(a)(1)(ii), the

14  above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party is to bear its

15  own attorneys' fees and costs.

16  DATED this 26th day of November, 2007.

17

18                                              The Honorable James L. Robart

19

20

21

22

23

24

25

26

STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE- 2
Case No. C06-5291RBL

Seattle-3394269.1 0074117-00008

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in the above case.

Keelin A. Curran                    *KACURRAN@stoel.com*
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101

/s/Mitchell A. Riese
Mitchell A. Riese, WSBA No. 11947
Attorney for Plaintiff

STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE- 3
Case No. C06-5291RBL

Seattle-3394269.1 0074117-00008

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900